

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-26-00076-CR
No. 07-26-00077-CR
No. 07-26-00078-CR

**RENALDO MARTINEZ, APPELLANT**

**V.**

**THE STATE OF TEXAS, APPELLEE**

On Appeal from the County Court at Law No. 2
Potter County, Texas
Trial Court Nos. CCCR-25-331-2, CCCR-25-799-2 & CCCR-25-729-2
Honorable Walton Weaver, Sitting by Assignment

February 27, 2026

## MEMORANDUM OPINION

Before PARKER, C.J., and DOSS and YARBROUGH, JJ.

Appellant, Renaldo Martinez, appeals his three convictions for driving while intoxicated,[1] and concurrent sentences to three hundred days of confinement in county jail. The trial court's certifications of Appellant's right of appeal reflect that these are plea bargain cases from which Appellant has no right of appeal and that Appellant has waived

---

[1] *See* TEX. PENAL CODE § 49.04.

the right of appeal. The certifications comport with the record before the Court. Notwithstanding the certifications, Appellant filed these appeals challenging his convictions.

We are required by Rule of Appellate Procedure 25.2(d) to dismiss an appeal "if a certification that shows the defendant has the right of appeal has not been made part of the record." By letter of February 5, 2026, we notified Appellant of the consequences of the trial court's certifications and directed him to show grounds for continuing the appeals by February 17, 2026. Appellant has not filed a response or had any further communication with the Court to date.

Accordingly, we dismiss the appeals based on the trial court's certifications. *See* TEX. R. APP. P. 25.2(d).

Per Curiam

Do not publish.